## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**TYRONE MYLES**                                                                      **CIVIL ACTION**

**VERSUS**

**JASMYNE IRVINE**                                                     **NO. 24-00149-BAJ-RLB**

## RULING AND ORDER

On May 16, 2024, the Magistrate Judge issued a **Report and Recommendation (Doc. 8, the "R&R")**, recommending that the above-captioned action be dismissed without prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e. Plaintiff has filed an Objection, (Doc. 9), that fails to meaningfully respond to Magistrate Judge's findings as to whether Plaintiff exhausted his administrative remedies prior to filing suit.

After having carefully considered Plaintiff's Amended Complaint, the R&R, and all related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

2

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 13th day of June, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

2